Commonwealth *v.* Keenan, Appellant.

2

Argued June 16, 1962. Before RHODES, P. J., WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (ERVIN, J., absent).

Same case in court below: 28 Pa. D. & C. 2d 41.

*I. Raymond Kremer,* for appellant.

*Burton Satzberg,* Assistant District Attorney, with him *Louis F. McCabe,* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, September 13, 1962:
The sentence of the Court of Quarter Sessions of the Peace of Philadelphia County is affirmed on the opinion of Judge DOTY, for the court below, reported at 28 Pa. D. & C. 2d 41.